CO-386
10/2018

# United States District Court
# For the District of Columbia

Watch Tower Bible and Tract Society of Pennsylvania )
)
)
                              Plaintiff )
vs )            Civil Action No. 24-cv-2523
)
The Russian Federation; Ministry of Health of the Russian Federation; and Federal State Budgetary Institution "V.A. Almazov National Medical Research Centre" of the Ministry of Health of the Russian Federation )
)
                              Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Watch Tower Bible and Tract Society of Pennsylvania__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Watch Tower Bible and Tract Society of Pennsylvania__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__NY0575__
BAR IDENTIFICATION NO.

Paul D. Polidoro
Print Name

200 Watchtower Drive
Address

Patterson, NY 12563
City          State          Zip Code

(845) 306-0711
Phone Number