IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>        Plaintiff,<br><br>  v.<br><br>THE RUSSIAN FEDERATION, et al.,<br><br>        Defendants. | Case No. 1:24-cv-02523-RC |

**MOTION TO DISMISS THE COMPLAINT**

  Defendants the Russian Federation and the Ministry of Health of the Russian Federation (together, the "Federation"), by and through their undersigned counsel, hereby move to dismiss the complaint filed by Watch Tower Bible and Tract Society of Pennsylvania (Dkt. No. 1) for insufficient process and service of process under the Foreign Sovereign Immunities Act ("FSIA") pursuant to Federal Rule of Civil Procedure ("Federal Rule") 12(b)(4)–(5), for lack of subject matter and personal jurisdiction under the FSIA and lack of personal jurisdiction under the Due Process Clause of the U.S. Constitution pursuant to Federal Rule 12(b)(1)–(2), and for failure to state a claim by application of the act of state doctrine under Federal Rule 12(b)(6).

  This motion is based on the Federation's Memorandum of Points and Authorities, filed concurrently herewith.

Dated: Washington, D.C.
February 7, 2025

                                        Respectfully submitted,

                                        CURTIS, MALLET-PREVOST,
                                          COLT & MOSLE LLP

                                        By: */s/ Juan O. Perla*
                                                Kevin A. Meehan (D.C. Bar No. 1613059)
                                                Juan O. Perla (D.C. Bar No. 1660389)
                                                1717 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20006
                                                Tel.: (202) 452-7373
                                                Fax: (202) 452-7333
                                                kmeehan@curtis.com
                                                jperla@curtis.com

                                        *Attorneys for Defendants Russian Federation, Ministry of Health of the Russian Federation, and Federal State Budgetary Institution V.A. Almazov National Medical Research Centre*