# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA,<br><br>                    Plaintiff,<br>v.<br><br>THE RUSSIAN FEDERATION, et al.,<br><br>                    Defendants. | Case No. 1:24-cv-02523-RC |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants the Russian Federation and the Ministry of Health of the Russian Federation's motion to dismiss, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

Further, it is hereby **ORDERED** that the case is **DISMISSED** with prejudice. The Clerk of Court is directed to close the case for statistical and all other purposes.

**SO ORDERED**.

Dated: _____, 2025

_____
HON. RUDOLPH CONTRERAS
United States District Judge