## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2025, I caused a true and correct copy of the

foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon

all counsel of record, including counsel for Petitioner.

*/s/ Juan O. Perla*

Juan O. Perla
