## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WATCH TOWER BIBLE AND TRACT SOCIETY OF PENNSYLVANIA, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 24-2523 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 23, 31 |
| | : | | |
| RUSSIAN FEDERATION, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### Granting Defendants Russian Federation and Ministry of Health of the Russian Federation's Motion to Dismiss; Granting Defendant V.A. Almazov National Medical Research Centre's Motion to Dismiss

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants Russian Federation and Ministry of Health of the Russian Federation's motion to dismiss (ECF No. 31) is **GRANTED**, and Defendant V.A. Almazov National Medical Research Centre's motion to dismiss (ECF No. 23) is **GRANTED**.

**SO ORDERED**.

Dated:  September 22, 2025

RUDOLPH CONTRERAS
United States District Judge